United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
12
IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

CASE NO. 05-1699 CRB

MDL No. 1699 CRB

13
_____/

**ORDER DENYING MOTION TO
DISMISS WITHOUT PREJUDICE**

14
*This document relates to:*

15
Jack Backowski, 05-2086 CRB

16
_____/

17
    Now pending before the Court is the motion of plaintiff Jack Backowski to dismiss his

18
action without prejudice.  After carefully considering plaintiff's motion and defendants'

19
opposition, plaintiff's motion is DENIED.  Defendant would be prejudiced if the Court were

20
to allow plaintiff to abandon his action without prejudice at this stage in the litigation of

21
plaintiff's lawsuit.  In addition, a dismissal without prejudice would disrupt the orderly

22
administration of this MDL action and, in particular, the selection of cases for the discovery

23
pool.

24
    **IT IS SO ORDERED.**

25

26
Dated: May 30, 2007

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

27

28

G:\CRBALL\2005\1699\ordersmisc\orderrebackowski.wpd